UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH G. TIGANO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALAMEDA COUNTY SUPERIOR COURT, et al.,<br><br>        Defendants. | Case No. 24-cv-07001-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Jacqueline S. Corley for consideration of whether the case is related to *Bernstein v. Lee,* 24-cv-00131-JSC.

**IT IS SO ORDERED.**

Dated: December 13, 2024



_____
JON S. TIGAR
United States District Judge